

P.O. Box 440609 Kennesaw, GA 30160

**Contact Information**

 carmaxautofinance.com

 (800) 925-3612
Mon-Fri 8am-10pm, Sat 9am-6pm EST

DAVID RAWLINGS
PO BOX 566
HATTIESBURG, MS  39403

March 11, 2026

RE:   **Notice of Satisfaction**
　　　Retail Installment Contract Dated: 01/12/22
　　　2018 HONDA CIVIC - VIN: 2HGFC2F51JH548023
　　　Account No. XXXX7930
　　　Customer Name: ROYKESHIA CONCHITO COLEMAN
　　　Bankruptcy Case No. 23-50440

Dear DAVID RAWLINGS,

This communication confirms that the claim for the above-referenced bankruptcy case is paid in full and satisfied. Please discontinue providing further disbursements on this claim.

Sincerely,
　　　　　　/s/Amber Vernon
CarMax Auto Finance
Bankruptcy Department

We're always available to help through our online FAQ or you can contact our customer service team:
Phone: (800) 925-3612 | Fax: (770) 422-6421 | Mon-Fri: 8a-10p, Sat 9a-6p ET.

NOS_1024

pg 1 of 1